UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TYREE NUNN, | ) |
| | ) No. EDCV 10-383 AJW |
| Plaintiff, | ) |
| v. | ) J U D G M E N T |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that: (1) defendant's decision is reversed; (2) the matter is remanded to defendant for an award of benefits with respect to the period from March 10, 2004 through March 20, 2008; and (3) the matter is remanded for further administrative proceedings, consistent with the Memorandum and Order filed concurrently herewith, with respect to the period beginning on April 1, 2008.

April 11, 2011

ANDREW J. WISTRICH
United States Magistrate Judge